August 6, 2018

Hon. Jesse Furman
Thurgood Marshall Courthouse
40 Foley Square
New York New York 10007

Dear Judge Furman,

    I am writing to you to plead for mercy for my son Pinchas David Carlebach who is scheduled to be sentenced for a transgression of the law. For David, who is a loving and totally devoted son, unlawful behavior is totally out of character and can be explained only by an emotional issue that has dogged him since childhood. As the fifth of seven children, his mother suffered a severe case of post-partum depression at his birth, rendering her unable to care for him for many months after he was born. Being cared for by others, then and for many subsequent years, left David with a deep emotional scars. Despite this, he has always shown extraordinary devotion to his parents' well-being. He is the first to drive us to medical appointments, and the first to volunteer to sleep in the hospital if my wife or I need to stay overnight. Despite a very heavy workload, he never fails to visit frequently and call daily.

    The prospect that David would be unable to be with us and spend time caring for us is unbearable to me and to my wife. She suffers from dementia and would not understand why he cannot be with us. I am 93 years old, deaf and mostly blind, and being treated for cancer. My mother, father, and sisters were murdered during the Holocaust when I was a teenager. I have given my heart and soul to raise my children. Their comforting presence is the sole thing that gives meaning to my life in

my remaining time on earth. My son has clearly made wrong choices and this is a bitter fact. I believe that they were made under pressure that caused a lapse in a person of otherwise honorable character. Given that he has been a loving son and upstanding member of the community for many decades, and is a son upon whom we depend, with children who depend on him, I am pleading with your Honor to deal with him as leniently as possible. Every day he is away is an eternity for us. May your Honor's wisdom be tempered with mercy.

Respectfully submitted,

*Salomon Carlebach*

(Rabbi) Salomon Carlebach