HONORABLE JUDGE JESSE FURMAN
THURGOOD MARSHALL COURT HOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007

Dear Judge Furman,

I am David's sister and I also write to you as the administrator for Congregation Minchat Kinuch of NYC. I manage the many various sectors of a Congregation in Manhattan and work with the needs of our upper west side community.

I am writing to you for understanding and leniency on behalf of my brother, who has served our Congregation and other congregations as a volunteer, mentor and support to so many needy people in our community over the years.

My brother David P Carlebach was born the fifth child of my family. My father was a holocaust survivor of nine concentration camps, his mother, father and three of his sisters were all shot in one time shortly after they all arrived at their first camp. My father came to this country and married my mother. They wanted to replace the lost family and had the first five children within six years.

David was the fifth child. ████████████████████
████████████████████████████████████████
████████████ there were times when there was no heat, no help, not enough money for clothes and food and a sick mother. David suffered the most of all of us ██████████████
███

David was an excellent student, always did extra help for all the other

students, always did extra work to help the family at home. He went on to many years of studying after school and ended up going to college and became a lawyer.

David married a girl who had both extreme anxiety ~~[redacted]~~ ~~[redacted]~~ when he married he had no idea that he would face alot of upcoming stress. Since he was a giving and kind person he thought he could handle the situation. ~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~ They than had their first child. She had alot of anxiety issues and they had to go to many appointments over the years to deal with it. They than had another child. Then they had twins. ~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~

David was extremely devoted to his wife and children all the years, he worked overtime to support them ~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~ David had endless tension as a result. He was neglected emotionally as a child and unfortunately has had a life full of more stress and hardship. We thought he was coping fairly well, but we have now seen that his great stress forced errors in judgment. His expenses were very high and David continued to work and help other people despite his great stress at his home life.

In his work he took on cases of many families that could not afford legal help, this certainly had an impact on his salary. He also did a tremendous amount of volunteer work.

David gave away a tremendous amount of money for charity, especially to my family when we could not afford basic expenses for

our children. He worked on saving teens from drug addiction, as well as people who fell on very hard times. He gave many free concerts to inspire people and bring music into their lives. He visited the sick and sang for them. David has also gone into the hospitals to volunteer and sing for the sick and elderly. He also gave free concerts to the seniors in both our community and his as well. He is an excellent educator and has tutored many teens and adults without taking pay if they could not afford it.

I know that he never intended to fall onto such hardship and difficulty in his own personal life, but he continued to help others despite his personal problems. And I know he plans to only continue in his good deeds and family support for his future. My brother has stood by our side through all our hard times and given freely of his time, money and energy to help the family. We know and trust that our brother David wants to only help do good for others and save them from difficult lives. We believe that he fell onto hard times but never intended to hurt anyone in any way.

We are asking you to understand that David is planning to continue to support the community and volunteer to help others in need. Many people rely on him and hope that he will continue his good work. He is needed by the family and the community .

I went to visit him every week in Rikers , there he took care of all the other inmates too, he even gave them his food as well as his clothing.

We ask of you to be aware that at this time his family, his children, my parents who are sick and seniors cannot manage without his help. He is the main caretaker of my parents, as they are not well and our dad is over 90.

Please understand, someone who did good his whole life, wants to continue to do good.

We ask of you, to have mercy and to spare him and my parents and his children and family from any more pain and difficulty.

He has suffered so much in his life but is looking to spend his future doing good deeds, charity and saving his family. He has no other agenda.

YOURS SINCERELY

*Sarah Carlebach Marmorstein*

SARAH CARLEBACH MARMORSTEIN
ADMINISTRATOR CONGREGATION MINCHAT CHINUCH
██████████████

NEW YORK, NY 10025
██████████████