Honorable Jesse Furman,

I am writing this letter on behalf of my brother David Carlebach.

Although as a brother I would feel obligated to write a letter on his behalf.
I am not writing this letter as a brother but I am writing this letter as a deep admirer of a person who will do anybody in the entire world a favor with no expectation of anything in return.

I would just like to mention a few examples.

A friend of mine had a parent who was sick in the hospital and was laying on his Deathbed and he needed someone compassionate to speak to him. My brother David without any hesitation dropped everything from his office to go and speak to his father for his final words. He cheered him up in a way that nobody else could have ever imagined that a man who moments before his soul will depart his body, can do so with a smile on his face. That is something that only my brother David can do to bring out someone from a depressing place to making the best of the moment.

Very often people who were destitute and we're on the verge of losing their house to foreclosure. My Brother David would step in and offer them free legal advice in order to save their house never expecting or asking for anything in return.

I fully understand that David has pleaded guilty to a crime which requires accountability.

Sometimes incarceration may actually help a person rehabilitate their lives. But David while he was incarcerated in Rikers Island for a length of time he helped to bring out the best in many other prisoners who are of different race and different religion and he just wants to help anybody that he can.

It would be a great disservice to society to deny a person like David the ability to inspire and help other people who are not as emotionally and mentally strong as David is.

You are the Judge and it is in your power to impose sentence. A sentence of time served and probation. Which would then satisfy the accountability and allow Society to benefits from the substantial compassion and smile for all to enjoy.

Please consider my letter a reality of the great disservice that would be done to David's family and community we're he not able to fully function is the most capable member.


Yonah Carlebach
Yonah52@gmail.com
Cell 7326849674