Abraham Carlebach
████████████
Lakewood New Jersey 08701

Hon. Jesse Furman
Thurgood Marshall Courthouse
40 Foley Square
New York New York 10007

Dear Judge Furman:

    I am one of David's two younger brothers. There is a four year gap between myself and David. We grew up almost like two families where my older siblings were all about a year apart. Then there was a four year gap and my younger brother Emanuel was born two years after me. For years we were referred to as the "babies" by our older siblings. David was our lifeline as he was the connector between us and the rest of the family. He took us under his wing and would entertain us literally for hours with toy soldiers and stories where his creative and imaginative brain would create theater worthy of Broadway. ████████████ David would take us both into an imaginary world where we would forget all the travail around us and all was good. David was our hero. We looked up to him then and we still look up to him today.

    Whenever there was an emergency he was the one with the cool head and steady hand. One early memory from back in the in the early 70's was when my younger brother had hot tea spilled on his leg. My mom called Hatzolah, when they were still a fledgling, community volunteer ambulance service. Hatzolah would give oxygen to everyone. I remember David standing atop the staircase yelling no oxygen no oxygen letting the first aider know what the problem was.

    A few years back our Dad had a blood pressure episode and needed to go to the emergency room. David was immediately on the scene, rode in the ambulance with him and stayed with him the whole night till the other siblings from New Jersey could get their bearings and pitch in.

    He was and is a super devoted son to my parents. I cannot describe the immense joy my 93 year old Dad has when he comes around. David is always entertaining both my parents with song and Torah thoughts. My Mom comes alive when he is with them. He has the patience of a saint with both my parents, tending to their every need and lifting their spirits with seemingly indefatigable energy.

    In his law practice we all knew David was the lion who always was battling for justice on the side of the poor guys about to get wrongfully evicted. David would battle against real estate titans even friends of his if felt they were dealing without compassion.

    I beg you from the bottom of my heart to be as compassionate to my brother as possible, who may have been overzealous in his quest to give his clients a chance to put their financial

lives back together.

    He can and will accomplish much if allowed to devote his life to his family and his community.

Respectfully,
s/
Abraham Carlebach