Honorable Jesse Furman
U.S. District Judge

Dear Judge,

    I am writing this letter in regards to my father Pincus David Carlebach. As far back as I can remember, aside from being a giving and caring father, as an only son, he has also filled the position of being like an older brother and also a great friend. I can confidently say that he has never failed to be there for me in any and every way, especially in matters of education and spirituality, which were most important to him. I was never deprived of anything that a son could need from a father. Unless he felt that it was not for my benefit, the word "no" was never part of his vocabulary. He looked for ways to help me, his family members, and anyone else who asked something of him. I remember specific instances where he went to the other end of the world, pulling every possible string and fighting battles to keep me happy in school and making progress in my studies. There were times, that after coming home from very late from a tiring and pressured day of work, he would study and do homework for as long as it took until it was done and I understood the lesson.

    My father has always been my primary religious teacher and moral role model. Being an outstanding original thinker and scholar himself, he has not ceased to impart to me and engrain in me that which he has received from his father and illustrious line of rabbinic predecessors who were great thinkers, authors and inspirers, namely always teaching me what it means to care about and give up for the sake of others, and how to detect and battle underlying falsehood. He has taught me what it means to be an internally straight person. To this day, I look to him for guidance and encouragement in various areas of my life.

    My father's exemplary devotion extends to his elderly parents. They rely on, and receive strength from his visits and the way that he respects and cares for them. Many others benefit from his giving heart. He is one to encourage and inspire those who are more unfortunate than him. Countless people turn to him for a good word, a helping hand, and encouragement within a difficult situation. As an attorney, he has provided free legal council to numerous community organizations, as well as highly discounted service to countless people in need.

    I know he admitted to crimes in court. He has confessed to me that he broke the principles that he taught to me. I know that his confession to me was very painful to him, to admit such wrongs to your own son. It is very painful to me and to my sisters and grandparents. He told me that he let us all down, and I know that it is very painful to him.

    When he was in jail in Rikers Island the entire family suffered with him and suffered because of his absence. He has been punished by that time in jail and by no longer being an attorney. For our entire family, and especially for my grandparents, I ask your Honor to judge my father with lenience, and to keep the time he will be away from us as small as possible.

Most Sincerely and with Respect,

Joseph Carlebach

█████████████ Lakewood NJ

*Joseph Carlebach* (signature)