To Honorable Judge Jesse Furman,

This letter has been one of the easiest yet most challenging compositions I have ever written. Writing about my father's unique qualities and virtuous character is not a difficult task, as he is and has always been an outstanding role model, mentor and confidant to me and so many others. On the other hand, it is impossible to list everything I've gained from my father, all the ways his presence has impacted my life and the lives of so many others, and document it all into one letter. That being said, I will try my best to give you a glimpse of the giving, respectable person that my father is. My hope is that you will understand how many people's lives will be impacted by your decision.

For as long as I can remember, I have always been able to rely on my father for advice, guidance, inspiration and support. He has constantly instilled in my three siblings and I to strive to do our best and contribute to society in whichever ways we possibly can. Whether at home, school, at work or anywhere else that I find myself, this message has stayed with me over the course of my upbringing. My siblings feel the same way.

My father has ingrained in us to work towards success without "stepping" on the people around us. Upon my high school graduation, I was awarded for 'kindness towards others'. My school's faculty asked me where I had learnt my compassionate behavior and I told them the truth; I am who I am because of the home I was raised in. The way we were brought up taught us to do what is right, look out for others, and ask for guidance when necessary. My siblings and I are truly grateful for the values and morals we have learnt in our home. My father's presence as the backbone of our family has given us the courage to continuously expand our goals.

Besides for being there for our family throughout the years, my father has been there for many families and individuals in our community through various hardships. When a family in our community needed financial assistance, my father worked tirelessly and discreetly to collect funds for this family. I remember, as a young girl, following my fathers instructions to answer the door of our home one evening, and hand someone an envelope. As I handed it over, this person said to me "your father is a very good man." Upon questioning my father, I discovered that he had been discreetly raising money for this family in order for them to be able to buy groceries. This episode of my father's selflessness has stayed with me.

Many at-risk teens from our community have crossed my father's path. Many of them were estranged from the adults in their lives at the time. Whether at our synagogue, on the street, or at any place in our neighborhood, my father would immediately befriend these teens and make sure they felt accepted in his presence. Additionally, my father is also known for his outreach to those who are learning about Judaism and being religious. He continuously brought Sabbath guests to our home over the years to help teens and adults in their spiritual growth. My father constantly takes advantage of opportunities to help people in whichever ways he can.

I can confidently say that there are hundreds of other instances that I am not aware of, small and large, in which my father has helped families and individuals. Whether through his professional position as a lawyer or through various connections of his, my father uses the abilities that he is given to help the people around him. He does so without expecting to receive anything in return. Although he is not the kind of person who would want articles written up about his good deeds, I am sure there are many people out there who have articles to write.

Witnessing all the incredible actions that my father has done for others is perhaps the main reason that I chose to pursue a career in social work; a position that will enable me to help others as well. As I stand at the threshold of starting graduate studies, I cannot imagine advancing towards my career without the support of my father. Aside from being David Carlebach's daughter, I am writing on behalf of my immediate family, relatives, friends, congregation, community members, and society at large. Please be lenient with my father's case. Each day that he is away from us is painful.

Thank you,
Tammy Carlebach

*Tammy Carlebach*