**Rabbi Akiva Homnick** 

New York NY 10002

September 5, 2018

Honorable Jesse Furman
Thurgood Marshall Courthouse
New York, New York 10007

RE: Pinkus David Carlebach:

Dear Judge Furman,

Please allow me to introduce myself. My name is Rabbi Akiva Homnick and I am a volunteer chaplain with the New York State Chaplains Task Force. I am writing to you and respectfully requesting that you kindly consider granting leniency to Pinkus David Carlebach.

Mr. Carlebach is a family friend and he has expressed to me his deep regrets of engaging in criminal conduct, conduct unbefitting an attorney. Mr. Carlebach understands the severity of his actions for which he takes full responsibility. While Mr. Carlebach is not innocent, I understand that there are sentencing guidelines, by law that you must adhere to, and that a prison sentence is a reality. I write to you to exercise your judicial discretion and consider leniency.

Mr. Carlebach, while he was incarcerated in Rikers Island, sang to help others stay upbeat and positive. In addition, while at Rikers Island prison, he served as an unofficial counselor and provided solace, advice, as well as religious assistance to many inmates, both Jewish and non-Jewish. He also led daily Jewish religious services. By nature, Mr. Carlebach is a warm, caring and considerate person. These characteristics as well as his patience, caused the other inmates to hold Mr. Carlebach in high respect and regard, and he became endearingly known as "Rabbi".

Although the crime was indeed serious, it was of a non-violent nature. Mr. Carlebach is keenly aware of his criminal behavior and that it has had and will continue to have a painful result in significant familial adversity and hardship. Indeed, his situation is particularly compelling as he is a father to 4 children including 1 with special needs. The children continue to depend on their father and without their paternal figure, male support system, and primary financial provider, their well-being and emotional welfare is adversely at risk. Unfortunately, because of her own condition Mrs. Carlebach is not able to provide meaningful support for their children. Mr. Carlebach understands that his incarceration will cause them to be deprived of his participation in milestones critical to their lives, and continued growth and future. His wife has been battling depression and anxiety, and taking on the challenge of caring for herself and supporting their children will be overwhelming with Mr. Carlebach's absence. Additionally, Mr. Carlebach's elderly parents, his 93-year-old father, who is a holocaust survivor, and 84-year-old mother, are in declining health and incapable of traveling to visit him. They fear that they will die without seeing their son, which weighs heavily on their daily emotional functioning.

I therefore respectfully request that you consider, where you can, to grant leniency. Mr. Carlebach is haunted by his actions and is genuinely remorseful.

Thank you for your consideration.

Respectfully and Sincerely,

Rabbi Akiva Homnick