

*2915 Avenue K*
*Brooklyn, NY 11210*
*646-397-1544*

9/17/18

Rabbi Yitzchok Fingerer
*Rav*


Hon. Jesse Furman
Thurgood Marshall Courthouse
40 Foley Square
New York New York 10007


Dear Judge Furman:

Pincus David Carlebach was a member of our congregation for three years. Though I was never familiar with the fact that he committed a crime, I understand that he plead guilty and that the law requires accountability.

I was actually shocked to discover that he committed a crime. He was always exceedingly honorable and ethical in our congregation. He behaved in a very selfless and kind manner to everyone.

Though he was then a prestigious and respected attorney, always immaculately dressed, he would always humbly and unassumingly serve the congregation. Pincus would volunteer to serve and clean up the weekly buffet. He would never view it as an indignity but always as an honor to be in the service of others.

His heart was always open. He befriended those whose lives were in shambles and who struggled with despair and crisis and was always available as a listening ear. I personally witnessed several incidences in which Pincus diffused tension and brought peace and harmony to very tense situations. Pincus opened his home to our young adults at risk (who did not have their own homes), feeding them and tending to them.

It is so uncharacteristic of the Pincus I knew, to financially harm anyone or cause anyone damage. I can only imagine that he must have suffered a setback or mental anguish that caused him to act with impropriety.

I beseech you to please be compassionate and lenient in your judgment.

Very best wishes,

Rabbi Yitzchok Fingerer