

The **of the Sages of Israel**

בית תומכי תורה וזקני ישראל

beth tomchei torah v'ziknei yisroel

25 Bialystoker Place (Willett St.) • New York, New York 10002 • (212) 673-8500
FAX (212) 473-0956

Honorable Judge Jesse Furman,

I am writing concerning Mr. Pinchus Carlebach who I understand has been found guilty + up for sentencing. I would like to present an angle of his character that I have observed. He has come to my congregation over the past several years + has volunteered in helping with leading the services + assisting senior members + wheelchair bound invalids.

I hope he will remain remorseful and conduct himself with outmost integrity and implore your honor to grant him utmost consideration.

Respectfully yours,
Rabbi Samuel Fishelis