Honorable Judge

My letter to you is on behalf of Pinchas David Carlbach whose fate is in your hands. Over 40 years ago I studied in Yeshiva Rabbi Chaim Berlin, and had the privilige of having Rabbi Shlomo Carlbach, the father of Pinchas, to be my Rabbi and role model. My father had the privilige of studying together with Rabbi Shlomo when they were students at Yeshiva Rabbi Chaim Berlin, and I and many others gained alot from him for he comes from a generation of great Rabbis and I will never forget how he was given over completly to his students. Pinchas David was in my class in high school however we took different turns in life and since high school I only saw him once, and till he was incarserated.

I as a Rabbi in Mesivta Tifereth Jerusalem, have the oppertunity to visit hospitals and prisons and I was told that Pinchas David was an inmate at Rikers Island. I dan't hesitate and I recieved clergy privilige to meet with him privately, even though I only can get clergy privilige once a month, after

②

THE FIRST VISIT I DECIDED THAT I MUST SEE HIM ONCE A WEEK BECAUSE I FELT THAT WE BOTH HAD ALOT TO GAIN FROM SEEING EACH OTHER, BECAUSE THAT FRIDAY WAS THE ONLY DAY I HAD TIME TO SEE HIM, A REGULAR VISIT WITH THE PRISON BOSES TOOK APPROX. 5 HOURS, AND ON THE SHORT FRIDAYS I WOULD COME HOME RIGHT BEFORE THE SABBATH, I THEREFORE DECIDED TO GET TO THE PRISON VERY EARLY WHEN IT WAS STILL DARK OUTSIDE, AND SAY MY DAILY MORNING PRAYERS IN THE COLD PARKING LOT OF RIKERS ISLAND. THE REASON I DID ALL THIS IS BECAUSE I JUST COULDN'T SEPERATE MYSELF FROM PINCHAS DAVID. WE SPENT ALOT OF TIME DISCUSSING STUDIES THAT WE BOTH LEARNED, AND I GAINED A GREAT AMOUNT OF KNOWLEDGE FROM THIS, BRINGING BACK THE MEMORIES OF PINCHAS DAVID BEING ONE OF THE BEST AND GREATEST STUDENTS YESHIVA RABBI CHAIM BERLIN EVER HAD. WE ALSO SPENT A GREAT AMOUNT OF TIME SINGING MELEDOYS FROM HIS THE GREAT COUSIN RABBI SHLOMO CARLBACH WHO COMPOSED HUNDREDS OF SONGS THAT PENETRATE THE SOUL. I WAS JUST COULDN'T BELIEVE THAT AN INMATE AT RIKERS HAD THE STRENGTH

TO ALWAYS THINK POSITIVE AND TO STAY STRONG EVEN THOUGH THERE WERE MANY FACTORS THAT COULD BRING HIM DOWN.

I HAD THE PRIVILIGE OF SPENDING THE PURIM HOLIDAY WITH HIM AT RIKERS AT NIGHT AND AGAIN IN THE DAYTIME. PINCHAS DAVID READ THE MEGILAH WHICH IS THE STORY OF THE PURIM HOLIDAY, AND I WILL NEVER FORGET THE TEARS THAT CAME FROM HIM WHEN HE READ THE VERSE (CHAPTER 8, VERSE 6) - "FOR HOW CAN I BEAR TO WITNESS THE DISASTER WHICH WILL BEFALL MY PEOPLE! HOW CAN I BEAR TO WITNESS THE DESTRUCTION OF MY RELATIVES,,"

I ALSO HAD THE PRIVILIGE OF BEING WITH HIM AT RIKERS ON THE CHANUKA HOLIDAY. PINCHES DAVID WAS CHOSEN TO MAKE THE BLESSING THAT IS MADE WHEN LIGHTING THE CANDELS - THE WORDS THAT CAME OUT OF HIS HEART PENETRATED ALL THE HEARTS THAT WERE PRESENT THERE. I TRULY FELT THAT IS WAS PROPER FOR HIM TO LIGHT THE CANDELS WHICH LIGHT UP THE DARKNESS, BECAUSE THAT WAS HIS MISSION IN RIKERS ISLAND, TO LIGHT UP THE DARKNESS THAT THE PRISONERS EXPERIENCED. PINCHAS DAVID WAS WELL LIKED BY ALL THE DIFFERENT TYPES

(4)

OF JEWS THAT WERE THERE WITH HIM, HE WAS ALSO WELL LIKED BY MUSLIMS AND PEOPLE FROM DIFFERENT RELIGIONS, BECAUSE HE ALWAYS HAD AN OPEN EAR FOR THEM AND HE ALWAYS CONSOLED THEM AND LIFTED THEM UP WITH HIS GREATS WORDS OF WISDOM THAT THEY SAW COME FROM THE BOTTOM OF HIS HEART. AND BECAUSE OF THIS IT WAS A MUSLIM INMATE THAT PREPARED A TABLE AND CHAIR FOR PINCHAS DAVID TO PRAY EARLY IN THE MORNING EACH DAY. PINCHOS DAVID WAS THE LEADER OF THE JEWISH SERVICES EVERY SABATH AT RIKERS, HE TAUGHT THE PEOPLE THE MEANING OF PRAYER AND INTRODUCED THEM TO MANY JOYFUL MELODIES FROM HIS COUSIN RABBI SHLOMO CARLBACH. WHEN PINCHAS DAVID WAS RELEASED HIS MAIN CONCERN WAS FOR THE SERVICES TO CONTINUE AND THAT ALL THE JEWISH INMATE CONGREGATE TOGETHER ON THE SABATH. HE ALSO GOT A DONOR TO DONATE SPECIAL PRAYER BOOKS THAT WILL BE HELPFULL FOR EVERY INMATE ON HIS LEVEL TO BE ABLE TO CONNECT TO HIS CREATOR THRU PRAYER. THIS IS WHAT PINCHAS DAVID IS ALL ABOUT YOUR HONOR THE REASON I'M TELLING YOU ALL THIS IS BECAUSE I WANT YOU TO KNOW THAT I AM

(5)

Asking for leniency for a person who really deserves it. Pinchas David is truly remorseful for his actions that caused his incarciment. He suffered tremendously when he was denied bail and had to spend 6 months under intense hard conditions at Rikers. I truly believe that he paid the price by this suffering. I am requesting from your Honor to spare Pinchas David from prison and have him instead counsel prisoners that need counseling both in and out of prison for they have alot to gain from him. I thank your Honor for taking out time to listen to my request and I hope and pray that the words that are coming out of my heart go directly into your heart.

I wish you and your family a Happy New Year and may you all be inscribed in the Book of Life together with Joy and Happiness.

Yours Truly
Rabbi Boruch Stein