

# The Home of the Sages of Israel

בית תומכי תורה וזקני ישראל

beth tomchei torah v'ziknei yisroel

25 Bialystoker Place (Willett St.) • New York, New York 10002 • (212) 673-8500
FAX (212) 473-0956

Hon. Jesse Furman
Thurgood Marshall Courthouse
40 Foley Square
New York New York 10007

September 14, 2018

Dear Judge Furman:

I am currently the Vice President and Executive Director of the historic Home of The Sages of Israel which is located on the Lower East Side of Manhattan. We maintain the only wheelchair accessible Synagogue and study hall in the entire neighborhood and cater to the elderly patients that reside in the nursing home at our location as well.
I would like to share with you some of the experiences that I had with David Carlebach. A few years ago, Mr. Carlebach began attending services at the Home, and he regaled us with his beautiful melodies leading the services as the Cantor in the Sanctuary. Mr. Carlebach is a cousin to the late world-renowned Rabbi Shlomo Carlebach who composed and sang hundreds of original compositions and lifted the spirits of tens of thousands of people Jew and Gentile alike. David is gifted with a beautiful voice, and a warm personality, and like his cousin he reaches out to inspire and those around him, especially the elderly and handicapped individuals whose lives can be quite difficult. Aside for the weekend services, David has served as the Chief cantor for the High Holiday Services which is quite a task. He has refused to accept any compensation for his efforts, even though he could easily demand thousands of Dollars as an experienced Cantor. Instead he prefers to lighten up the lives of the unfortunate handicapped and elderly individuals who come to our Synagogue. This is the David that we know, and are fortunate to have as a volunteer in our organization.

I am aware that Mr. Carlebach plead guilty to committing a crime and that the law require accountability, however I wanted to impress upon you the enormous asset Mr. Carlebach is to the Home. I am quite concerned for the welfare of the elderly and handicapped attendees who have become accustomed to the uplifting songs and prayers that David has regularly provided on their behalf. I hope given this information that you will take in account the wonderful things that Mr. Carlebach has done for us here at the Home of the Sages.

Thank You,
Chaim Katz
Vice President
Home of the Sages