Sept. 16, 2018

Hon. Jesse Furman
Thurgood Marshall Courthouse
40 Foley Square
New York New York 10007

Dear Judge Furman:

I am writing this reference letter on behalf of Pinchas David Carlebach, a friend and an attendee of my congregation. I became acquainted with Mr. Carlebach at my synagogue, Congregation Anshe Meseritz, a historic synagogue in Lower Manhattan. The synagogue had been closed for several years for renovations and other work. The years of closure plus the loss of former attendees of the synagogue presented formidable challenges for the re-opening of the historic synagogue that had already been plagued with a dwindling membership. Mr. Carlebach, a new attendee at the shul, took a leadership role in the reemergence of the now "new" congregation. He used his polished social skills along with his well-developed cantorial background to attract people to the congregation. At a very crucial time for our synagogue, Mr. Carlebach "stepped up to the plate" to actively pursue ways to revitalize our reforming congregation. Mr. Carlebach became a supporter and personal friend at a challenging time in my career. Over time, Mr. Carlebach befriended my family. He, eventually became active in other neighborhood synagogues and developed strong relationships within the community. In addition to his social and cantorial skills, Mr. Carlebach was blessed with innate talents as an informal "teacher/preacher". As such, he reached out to the youth and less-affiliated members of our community to engage them in conversation, educate them and interest them in our tradition and practices. Although Mr. Carlebach does not reside anymore in our neighborhood, he continues to maintain a relationship with members of the community and benefit us, at times, with his cantorial services.

In light of the above, I humbly request that you exercise leniency in the sentencing of the above defendant, Pinchas David Carlebach. I am quite aware that the defendant pleaded guilty to committing a crime, and I understand that law and justice demand an appropriate response. Yet, due to the communal nature of Mr. Carlebach and the contributions that he has provided and continues to provide to the community, I appeal to you to reduce his sentence.

Sincerely,

Kalman Nochlin
Cong. Anshe Meseritz
New York, N.Y. 10009