# M·A·R·CH
*Mothers Alone Raising Children*

Rabbi Chaim Pinkesz *Executive Director*



Brooklyn NY 11219

September 18, 2018

Dear Judge Furman:

My name is Chaim Pinkesz, and I am a community activist. Since 2001, I organized and operate a tax-exempt charitable organization known as MARCH (Mothers Alone Raising Children), and for the last ten years, I have devoted all of my time, efforts, and money to operation of this organization. MARCH assists single mothers with personal, financial, religious, and legal problems, and meets with their children as well to try to make their lives bearable, after their husband/father is removed from their lives due to death, illness, desertion or imprisonment. In the past five years, I have had many cases where people were in big trouble financially, and needed assistance. Whenever I reached out to David Carlebach, he was always available to help with free legal advice and free representation. I have practically never met such a good-hearted person. He sometimes came to my office late at night to help people, and always assisted people in need, and did not charge them money.

I was amazed to hear what Mr. Carlebach had done, because he had such an excellent reputation as a good and upstanding lawyer, who was practicing for about twenty five years. I understand that Mr. Carlebach committed a crime, but I am pleading with you to please take into consideration the good that he did for people in need. His crimes are totally out of character with his true persona. He is very remorseful, and should be given a chance to redeem himself. Please consider at sentencing all the good that Mr. Carlebach has done

Sincerely,

Chaim Pinkesz