Ezra Turkel



New York, NY 10002

Hon. Jesse Furman

Thurgood Marshall Courthouse

40 Foley Square

New York, NY 10007

September 12, 2018

Dear Judge Furman:

I am writing on behalf of a good friend, Mr. Pinchus D. Carlebach.

Pinchus is a friend to me, to my family, and to our entire community.

We were saddened to learn that he pleaded guilty to committing a crime, for which we know the law requires accountability.

At the same time, we wish to highlight his many fine qualities, in the hope of finding the greatest possible leniency in his sentence.

My friend Pinchus is almost a weekly guest at our family's Sabbath table. His cheerful demeanor and willingness to help around the table make him almost a part of our family. Our children look forward to those weeks when Pinchus arrives.

Others have also benefited from his good cheer. Pinchus takes a wheelchair-bound gentleman to the synagogue on the Sabbath. The gentleman is on the heavier side and is an amputee. But Pinchus willingly shoulders this burden, week in, week out.

Pinchus also spends time with the gentlemen in the hospital, during his frequent stays there these past years.

He often leads the prayer services for the community at the synagogue—as the community gives him this trust.

We believe in Pinchus; we know that he has expressed remorse for his prior actions; and we know that his many fine qualities will help him to be a fine, law-abiding citizen, and a continued asset to his community.

Can we please ask the court to treat Pinchus with the maximum leniency, in light of his regret and remorse, and his qualities of goodness and kindness to all of us?

Thank you very much for your consideration.

With best wishes,

Ezra Turkel