**Feige Green**



Brooklyn, NY 11209



September 17, 2018

To Judge Furman:

I am writing this letter as a request for leniency on behalf of Mr. David Carlebach.

Approximately two years ago, at a time when I was in need of legal help and wasn't able to afford it, I was given Mr. David Carlebach's number, and I called him. I explained my situation to him. I received the legal help advice, and encouragement from Mr. Carlebach without charge. His concern and guidance relieved me from the stress that I was under. He knew that I could not afford to pay, yet he gave of his time without charge. Every time I called, he answered, and he did research on my behalf. His generosity and genuine concern for people in need is commendable and much needed. I sincerely hope you will take this into consideration and extend to Mr. Carlebach the full extent of leniency that is possible. Thank you for considering this request for leniency on behalf of Mr. David Carlebach.

Sincerely,

*Feige Green*

Feige Green