

February 13, 2018

Dear Madam/Sir:

This is to acknowledge that, Pincus Carlebach, on his own volition, is currently participating in the Fedcap's S.M.A.R.T. 'Developing a Healthy Lifestyle Founded on Different Thinking' course. It is important to note that while Mr. Carlebach has complied with the program's course completion criteria and group rules, this is only one step toward the process of change. The above course consisted of 10 didactic hours presented as follows:

- Making Good Choices
- How to Diffuse Potential Conflicts in Social Gatherings
- What is Cognitive Behavioral Therapy
- Addiction is a Brain Disease

These lessons focus on modelling and developing effective decision making and self-discovery skills to assist participant in the process of functional and stable re-entry. Upon his release, Pincus Carlebach, will also be linked to Fedcap's community-based support which consists of:

Employment & Retention Services
Referrals for Clothing and Family Assistance
Transportation
Housing Services
Job Development
Substances-Use Treatment/Referrals
VA Benefits
Veterans Support Group

All of these services will provide guidance and essential connections for meeting various reintegration needs.

If you have any questions regarding Mr. Pincus Carlebach or our program please do not hesitate to contact Assistant Director Andre Cartier.

Respectfully,

*Andre Cartier*
Andre Cartier
Assistant Director of Program

210 East 43 Street • New York, New York 10017 • Office number 646-902-3698

# Congratulations to

## Pincus Carlebach

In receiving this certificate in recognition of

Successfully completing the

Exploring Your Future Series

Comprised of

How to effectively manage change

How to plan for the future

Making Decisions & Contemplating a new and Positive Future

February 2018



S.M.A.R.T
The Power of Possible

*H Worrell*
Fedcap S.M.A.R.T. Facilitator

*Andre Cartier*
Fedcap S.M.A.R.T. Supervisor

# Congratulations to

## Pincus Carlebach

In receiving this certificate in recognition of

Successfully completing the

**Building Skills for Successful Re-Entry & Employment**

Comprised of

Skills, Abilities, Interest and Goals

Preparing for the interview

Application and resumes

Cover Letters, References and following up

March 2018



*H Worrell*
Fedcap S.M.A.R.T. Facilitator

*Andre Cartier*
Fedcap S.M.A.R.T. Supervisor

# Congratulations to

## Pincus Carlebach

In receiving this certificate in recognition of

Successfully completing the

**Awareness in Personal Management**

Comprised of

Code of Conduct

Code of Ethics

Decision Making and Weighing Consequences

How your Self-Esteem Impacts Decision Making

January 2018



FEDCAP
S.M.A.R.T
The Power of Possible

*J. Gurahian*
Fedcap S.M.A.R.T. Facilitator

*Andre Cartier*
Fedcap S.M.A.R.T. Supervisor

# Congratulations to

## Pincus Carlebach

In receiving this certificate in recognition of

### Successfully completing the

Personal Health Awareness

Comprised of
Making Good Choices
How to Diffuse Potential Conflicts in Social Gatherings
What is Cognitive Behavioral Therapy
Addiction is a Brain Disease

February 2018



S.M.A.R.T.
The Power of Possible

*H. Worrell*
Fedcap S.M.A.R.T. Facilitator

*Andre Cartier*
Fedcap S.M.A.R.T. Supervisor

# Congratulations to

## Pincus Carlebach

In receiving this certificate in recognition of

Successfully completing the

**Parenting & Family Dynamics**

Comprised of

Understanding the Characteristics' of Family
Your Parenting Style and Child Guidance
Who is Supportive in your Family – How & Why?
What does Standing Up for Yourself Look Like

April 2018



S.M.A.R.T.
The Power of Possible

*S. Estimable*
Fedcap S.M.A.R.T. Facilitator

*Andre Cartier*
Fedcap S.M.A.R.T. Supervisor